IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-16-29-D |
| | ) | (No. CIV-19-939-D) |
| KEN EJIMOFOR EZEAH, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Before the Court is Defendant Ken Ejimofor Ezeah's Petition for Certificate of

Appealability [Doc. No. 357]. Defendant seeks relief from the Court's October 12, 2022

Order that dismissed Defendant's earlier motions [Doc. Nos. 350-55] for lack of

jurisdiction. *See* 10/12/22 Order [Doc. No. 356]. Although Defendant invoked Fed. R. Civ.

P. 60(b), the Court concluded that Defendant's motions were not "true" Rule 60(b) motions

but rather were attempts to file a successive § 2255 petition. *See Spitznas v. Boone*, 464

F.3d 1213, 1216 (10th Cir. 2006). Thus, because Defendant did not obtain the court of

appeals' authorization to file another § 2255 petition, the Court lacked jurisdiction to

consider his motions. *See* 28 U.S.C. § 2244(b)(3).

Defendant seeks to appeal the Court's October 12, 2022 Order. In light of the

Court's determination that it lacked jurisdiction to consider Defendant's motions,

Defendant must first obtain a certificate of appealability ("COA") before the appeal may

continue. 28 U.S.C. § 2253(c)(1); *Spitznas*, 464 F.3d at 1217-18 (10th Cir. 2006). A COA

may issue only upon "a substantial showing of the denial of a constitutional right." *See* 28

U.S.C. § 2253(c)(2). "When the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Upon consideration, the Court finds that the requisite standard is not met in this case. Therefore, a COA will be **DENIED**.

    **IT IS SO ORDERED** this 16th day of November, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge